UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZOUNDA LEE,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 19-9229 |
| CLINTON ETHUES DOWDELL, ET AL.<br>    Defendants | SECTION: "E" (4) |

*Related Case:*

| | |
|---|---|
| CONSUELA LEE, ET AL.<br>    Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 19-9978 |
| SENTRY CASUALTY COMPANY, ET AL.<br>    Defendants | SECTION: "E" (2) |

*Applies to: Both Cases*

### ORDER

Captioned above are two cases: *Zounda Lee v. Dowdell et al.* [hereinafter *Zounda Lee*] and *Consuela Lee v. Sentry Casualty Co. et al.* [hereinafter *Consuela Lee*]. The cases involve the same three Defendants: Clinton Ethues Dowdell; JHOC Inc., doing business as Premier Transportation; and Sentry Select Insurance Company. Defendants are represented by the same counsel in both cases. The cases involve different Plaintiffs: Zouna Lee is the only plaintiff in *Zounda Lee*, and Consuela Lee and Irvin Lee are plaintiffs in *Consuela Lee*. Plaintiff Zounda Lee is represented by Timmy Lee Fields and Jonathan D. Wasielewski, and Plaintiffs Consuela Lee and Irvin Lee are represented by Vanessa Motta.

1

Defendants have filed a counterclaim against Zounda Lee in her case.[1]

On May 7, 2019, counsel for Plaintiff Zounda Lee in filed a motion to withdraw as counsel of record.[2] The Court has not yet addressed the motion.

On May 9, 2019, counsel for Defendants filed, in *Zounda Lee* but not in *Consuela Lee*, a motion to consolidate the two cases.[3] Defendants filed the motion as an opposed motion, but indicate that counsel for Plaintiff Zounda Lee does not oppose.[4] Defendants represent that counsel for Plaintiffs Consuela Lee and Irvin Lee does oppose the motion.[5]

**IT IS ORDERED** that Defendants file the motion to consolidate, filed in the *Zounda Lee* case, No. 19-9229, in the *Consuela Lee* case, No. 19-9978, by no later than **Monday, May 20, 2019 at 5:00 p.m.**

**IT IS FURTHER ORDERED** that Plaintiffs Consuela Lee and Irvin Lee file, in the *Consuela Lee* case, No. 19-9978, any opposition to the motion to consolidate by no later than **Monday, May 27, 2019 at 5:00 p.m.**

**New Orleans, Louisiana, this 16th day of May, 2019.**

*[signature: Susie Morgan]*

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 12, *Zounda Lee.*
[2] R. Doc. 14, *Zounda Lee.*
[3] R. Doc. 17, *Zounda Lee.*
[4] *Id.* at 1.
[5] *Id.* at 1–2.